# EXHIBIT A

| HCDistrictclerk.com | ROSEN, LOIS vs. NORDSTROM INC | 12/21/2019 |
|---|---|---|
| | Cause: 201984876    CDI: 7    Court: 127 | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 88623279 | Defendant's Original Answer | | 12/20/2019 | 4 |
| 88375720 | Certified Mail Receipt | | 12/03/2019 | 1 |
| 88274839 | PLAINTIFFS ORIGINAL PETITION AND REQUEST FOR DISCLOSURE | | 11/26/2019 | 6 |
| 88316471 | Certified Mail Tracking # 7018 1830 0001 4427 6031 | | 11/26/2019 | 2 |